**Robert Lee DAVIS, Appellant,**

v.

**STATE of Texas, Appellee.**

**No. 30117.**

Court of Criminal Appeals of Texas.

Dec. 17, 1958.

————◇————

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

In our original opinion herein we ordered this conviction reversed and the prosecution dismissed because of a fatal defect in the complaint as it appeared in the transcript.

It is now made to appear that the defect was the result of a typographical error in copying the complaint. As now certified in a supplemental transcript, the complaint is not subject to any defect.

This is an appeal from a conviction for violating the liquor laws, with punishment assessed at a fine of $200.

No statement of facts or bills of exception accompany the record. Nothing is presented for review.

Accordingly, the state's motion for rehearing is granted; the judgment of reversal is set aside; the former opinion delivered herein is withdrawn; and the judgment of the trial court is now affirmed.